## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANN REID,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No.   06-CV-827 DRH |
| ) | |
| **MERCK & COMPANY, INC., et al.,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Pursuant to **28 U.S.C. § 455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter.  Through random draw, the Clerk of Court has reassigned this matter to United States District Judge G. Patrick Murphy.  All further documents filed in this matter shall bear case number 06-CV-827 -GPM.

**IT IS SO ORDERED**.

DATED:  This 30th   day of October, 2006..


/s/            David   RHerndon
UNITED STATES DISTRICT JUDGE